```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Erick Antonio Padilla,

                                **ORDER**

               Plaintiff,

            -against-                       19-CV-1449 (KHP)

Commissioner of Social Security,

               Defendant.
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On October 15, 2021, Plaintiff filed a Notice of Motion (accompanied with an attorney affidavit) stating that he would seek attorney's fees on November 12, 2021.  (ECF Nos. 21-22.)  The Court has yet to receive Plaintiff's formal motion, including a memorandum of law.  To the extent Plaintiff still desires to move for attorney's fees he shall do so by **February 28, 2022.**

       **SO ORDERED.**

Dated: February 10, 2022
       New York, New York

                                                     _____
                                                     KATHARINE H. PARKER
                                                   UNITED STATES MAGISTRATE JUDGE